EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
SHAHZEB LARI (*pro hac vice application forthcoming*)
shahzeblari@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel:   (650) 320-1800
Fax:   (650) 320-1900

*Attorneys for Sellas Life Sciences Group, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ZHANG, Derivatively on Behalf of Nominal Defendant GALENA BIOPHARMA, INC.,<br><br>                    Plaintiff,<br><br>            v.<br><br>WILLIAM L. ASHTON, RICHARD CHIN, IRVING M. EINHORN, STEPHEN GALLIKER, SANFORD J. HILLSBERG, RUDOLPH NISI, MARK W. SCHWARTZ, JANE WASMAN, FABIO LOPEZ, STEPHEN F. GHIGLIERI, DAVID A. SCHEINBERG, ROBERT L. VAN NOSTRAND, JOHN VARIAN, and ANGELOS M. STERGIOU,<br><br>                    Defendants,<br><br>SELLAS LIFE SCIENCES GROUP, INC. f/k/a GALENA BIOPHARMA, INC.<br><br>                    Nominal Defendant. | Case No. 4:18-cv-03804-MMC<br><br>**STIPULATION AND PROPOSED ORDER SETTING SCHEDULE FOR BRIEFING ON MOTION TO DISMISS** |

WHEREAS, on June 26, 2018, Plaintiff Albert Zhang ("Plaintiff") filed the above-captioned action against Defendants William L. Ashton, Richard Chin, Irving M. Einhorn, Stephen Galliker, Sanford J. Hillsberg, Rudolph Nisi, Mark W. Schwartz, Jane Wasman, Fabio Lopez, Stephen F. Ghiglieri, David A. Scheinberg, Robert L. Van Nostrand, John Varian,

1
STIPULATION AND PROPOSED ORDER SETTING SCHEDULE FOR BRIEFING ON MOTION TO DISMISS

Angelos M. Stergiou, and nominal defendant Sellas Life Sciences Group, Inc. f/k/a Galena Biopharma, Inc.(collectively, "Defendants");

WHEREAS on August 2, 2018, the Court ordered a briefing schedule for any motions to dismiss the Complaint (Dkt. 18);

WHEREAS, counsel for Plaintiff and counsel for Defendants have met and conferred and agreed to extend the time for Defendants to answer or otherwise respond to the Complaint.

NOW THEREFORE, Plaintiff and Defendants through their respective counsel listed below, agree and stipulate as follows:

1. Defendants need not answer, move, or otherwise respond to the Complaint until August 30, 2018.

2. Plaintiff shall have until September 28, 2018 to file an opposition to any motion to dismiss filed by Defendants.

3. Defendants shall have until October 19, 2018 to file a reply to Plaintiff's opposition.

IT IS SO STIPULATED

Dated: August 13, 2018                                    PAUL HASTINGS LLP

/s/ Edward Han
EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304
Tel:(650) 320-1800
Fax: (650) 320-1900

SHAHZEB LARI (*pro hac vice application forthcoming*)
shahzeblari@paulhastings.com
200 Park Avenue
New York, NY 10166
Tel:(212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendants Sellas Life Sciences Group, Inc., William L. Ashton, Richard Chin, Irving M. Einhorn, Stephen Galliker, Sanford J.*

*Hillsberg, Rudolph Nisi, Jane Wasman, Fabio Lopez, Stephen F. Ghiglieri, David A. Scheinberg, Robert L. Von Nostrand, John Varian, and Angelos M. Stergiou*

GOODWIN PROCTER LLP

/s/ Nicholas A. Reider
NICHOLAS A. REIDER (SB# 296440)
NReider@goodwinlaw.com
3 Embarcadero Center
San Francisco, CA 94111
Tel:  (415) 733-6054
Fax:  (617) 801-8963

RICHARD M. STRASSBERG (*pro hac vice application forthcoming*)
RStrassberg@goodwinlaw.com
620 Eighth Avenue
New York, NY 10018
Tel:  (212) 813-8800
Fax:  (212) 355-3333

CAROLINE H. BULLERJAHN (*pro hac vice application forthcoming)*
CBullerjahn@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Defendant Mark W. Schwartz*

THE SHUMAN LAW FIRM

/s/ Kip B. Shuman
KIP B. SHUMAN (SB# 145842)
1 Montgomery Street, #1800
San Francisco, CA 94104
Telephone: (303) 861-3003
Fax: (303) 536-7849

RUSTY E. GLENN
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Fax: (303) 536-7849

*Attorneys for Plaintiff Albert Zhang*

3
STIPULATION AND PROPOSED ORDER SETTING SCHEDULE FOR BRIEFING ON MOTION TO DISMISS

**ECF ATTESTATION**

I, Edward Han, am the ECF User whose ID and password are being used to file this Stipulation Setting Schedule for Briefing on Motion to Dismiss and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this Stipulation Setting Schedule for Briefing on Motion to Dismiss has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 13, 2018                                              _____/s/ Edward Han_____

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties:

1. Defendants need not answer, move, or otherwise respond to the Complaint until August 30, 2018.

2. Plaintiff shall have until September 28, 2018 to file an opposition to any motion to dismiss filed by Defendants.

3. Defendants shall have until October 19, 2018 to file a reply to Plaintiff's opposition.

**IT IS SO ORDERED.**

Date: _____                         _____
                                              Hon. Maxine M. Chesney
                                              United States District Judge