Kip B. Shuman (CA State Bar #: 145842)
THE SHUMAN LAW FIRM
1 Montgomery Street, #1800
San Francisco, CA 94104
Telephone (303) 861-3003
Facsimile (303) 536-7849

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ZHANG, Derivatively on Behalf of Nominal Defendant SELLAS LIFE SCIENCES GROUP, INC. f/k/a GALENA BIOPHARMA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM L. ASHTON, RICHARD CHIN, IRVING M. EINHORN, STEPHEN GALLIKER, SANFORD J. HILLSBERG, RUDOLPH NISI, MARK W. SCHWARTZ, JANE WASMAN, FABIO LOPEZ, STEPHEN F. GHIGLIERI, DAVID A. SCHEINBERG, ROBERT L. VAN NOSTRAND, JOHN VARIAN, and ANGELOS M. STERGIOU,<br><br>Defendants.<br><br>SELLAS LIFE SCIENCES GROUP, INC. f/k/a GALENA BIOPHARMA, INC.<br><br>Nominal Defendant. | Case No. 3:18-cv-03804-MMC<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| Dated: August 27, 2018 | By: | *s/ Kip B. Shuman* |
| | | Kip B. Shuman (CA State Bar #: 145842) |
| | | THE SHUMAN LAW FIRM |
| | | 1 Montgomery Street, #1800 |
| | | San Francisco, CA 94104 |
| | | Telephone (303) 861-3003 |
| | | Facsimile (303) 536-7849 |

Rusty E. Glenn
THE SHUMAN LAW FIRM
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849

*Counsel for Plaintiff*

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE